**United States Bankruptcy Court**
**Central District of California**

In re  Raise The Barre, Inc.                                    Case No. _____
                          Debtor(s)                             Chapter  7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Susan Martin, declare under penalty of perjury that I am the of Raise The Barre, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ____ day of March, 20 25.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Susan Martin, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Susan Martin, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Susan Martin, of this Corporation is authorized and directed to employ Nathan A. Berneman 152796, attorney and the law firm of Nader & Berneman Attorneys at law to represent the corporation in such bankruptcy case."

Date  03/12/2025                              Signed  _____
                                                     Susan Martin, President